**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-03696-RMR-STV

MARIO A. GONZALEZ,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

**STIPULATION TO DISMISS THE ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mario Gonzalez and Wells Fargo Bank, N.A. stipulate to the dismissal of the entire action with prejudice, each party to bear his or its own costs and attorneys' fees.

Respectfully submitted this 23rd day of February, 2022.

| | |
|---|---|
| ALLMAN, MITZNER & FAWLEY, LLC | LITTLER MENDELSON P.C. |
| By: *s/Robert L. Allman* <br> Robert L. Allman, Esq. <br> 4100 E. Mississippi Ave., Suite 1600 <br> Denver, CO 80246 <br> (303) 293-9393 <br> (303) 293-3130 (fax) <br> rallman@allman-mitzner.com | By: *s/Michelle L. Gomez* <br> Michelle L. Gomez <br> Carolyn B. Theis <br> 1900 16th Street, Suite 800 <br> Denver, CO 80202 <br> (303) 629-6200 <br> (303) 629-0200 (fax) <br> mgomez@littler.com |
| James L. Abrams <br> 401 Westwood Drive <br> Denver, CO 80206 <br> (303) 321-6087 <br> abramsjim@gmail.com | Attorneys for Defendant |

Robert E. Abrams
Abrams, Sullenberger & Associates, LLC
700 17th St., Suite 650
Denver, CO 80202
(303) 500-5795
(303) 333-0708 (fax)
robert@abramslaw.net

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2022, I electronically filed and served the foregoing using the CM/ECF system to the following:

Robert Abrams
Abrams Sullenberger Silver LLC
700 17th Street, Suite 650
Denver, CO 80202
Phone: 303-322-4115
Fax: 303-333-0708
Email: Robert@AbramsLaw.net

Robert L. Allman
Allman Mitzner & Fawley LLC
4100 East Mississippi Avenue, Suite 1600
Denver, CO 80246
Phone: 303-293-9393
Fax: 303-293-3130
Email: rallman@allman-mitzner.com

James L. Abrams
James L. Abrams, Attorney at Law
401 Westwood Drive
Denver, CO 80206
Phone: 303-321-6087
Email: abramsjim@gmail.com

*Attorneys for Plaintiff*

*s/ Patricia Perez*
Patricia Perez, Legal Secretary